IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **AWAL MOHAMMED, #541248-037** | * | |
| Petitioner | * | |
| v. | * | CIVIL NO. JKB-14-3352 |
| | | CRIM. NO. JKB-12-0005 |
| | * | |
| **UNITED STATES OF AMERICA** | | |
| | * | |
| Respondent | | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## **MEMORANDUM**

This Court previously denied Petitioner's motion for relief pursuant to 28 U.S.C. § 2255. (ECF No. 211.) The Court further concludes that a certificate of appealability is unwarranted and shall not issue. A certificate of appealability may issue only if the applicant has made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(2); *see also Slack v. McDaniel*, 529 U.S. 473, 484 (2000); *Miller-El v. Cockrell*, 537 U.S. 322, 336-38 (2003). In order to satisfy § 2253(c), a petitioner must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong. *Miller-El*, 537 U.S. at 336-38 (citing *Slack v. McDaniel*, 529 U.S. 473, 484 (2000)). Petitioner has not met this burden. Accordingly, the Court DENIES a certificate of appealability.

DATED this 5th day of August, 2015.

BY THE COURT:

_____/s/_____
James K. Bredar
United States District Judge